# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 10/14/2015**

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 9:04:49 AM
CHRISTOPHER A. PRINE
Clerk

**TO:** **1ST COURT OF APPEALS**

**From:** **Deputy Clerk: IRMA MEDINA**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** **2014-42519**

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** **67429882**

**DUE** **10/23/2015** **ATTORNEY** **24055631**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **1ST**

**DATE ORDER SIGNED:** **10/12/2015**

**REQUEST FOR FINDINGS OF FACT FILED:** **N/A**

**REQUEST TRANSCRIPT DATE FILED** **N/A**

**NOTICE OF APPEAL DATE FILED** **10/13/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )** **10**

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** **D**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/IRMA MEDINA_
**IRMA MEDINA, Deputy**

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |

CAUSE NO. 2014-42519

| | | |
|---|---|---|
| ALFREDO DE LA GARZA, | § | IN THE DISTRICT COURT OF |
| INDIVIDUALLY and AS NEXT FRIEND | § | |
| FOR IASHIA DE LA GARZA and | § | |
| KATARINA DE LA GARZA, minors | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PENN VIRGINIA OIL & GAS, LP, | § | |
| PENN VIRGINIA OIL & GAS GP, LLC, | § | |
| MIKE FERGUSON, TRIFECTA | § | |
| OILFIELD SERVICES, LLC, CUDD | § | |
| PRESSURE CONTROL, INC., | § | |
| ROYWELL SERVICES, INC. and OAKS | § | |
| PERSONNEL SERVICES, INC. d/b/a | § | |
| THE OAKS GROUP | § | 215th JUDICIAL DISTRICT |

### PENN VIRGINIA OIL & GAS, L.P. AND PENN VIRGINIA OIL & GAS GP LLC'S
### NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25, Defendants, Penn Virginia Oil & Gas GP, LLC and Penn Virginia Oil & Gas, L.P. (collectively "Penn Virginia"), file their Notice of Appeal of this Court's appealable Order on Penn Virginia's Motion to Compel Arbitration and to Abate, which was signed by the Honorable Elaine H. Palmer on September 11, 2015 (Exhibit "1"), and the appealable Order on Penn Virginia's Motion for Reconsideration of the Order Denying the Motion to Compel Arbitration, which was signed by the Honorable Elaine H. Palmer on October 12, 2015 (Exhibit "2"). In support of this Notice of Appeal, Penn Virginia respectfully would show the following:

1. This case is pending in the 215th Judicial District Court of Harris County, Texas under Cause Number 2014-42519;

2. The Order denying Penn Virginia's Motion to Compel Arbitration was signed on September 11, 2015. The Order denying Penn Virginia's Motion for Reconsideration of the Order Denying the Motion to Compel Arbitration was signed on October 12, 2015;

3. Penn Virginia desires to appeal from the referenced Orders;

4. Penn Virginia appeals to the First or Fourteenth Court of Appeals, Houston, Texas;

5. Penn Virginia Oil & Gas GP, LLC and Penn Virginia Oil & Gas, L.P. are filing this notice;

6. This is an accelerated appeal pursuant to Texas Rule of Appellate Procedure 28.

Penn Virginia respectfully requests that this Court take notice of Penn Virginia's desire and intention to appeal. Penn Virginia further requests that this notice be forwarded to the First or Fourteenth Court of Appeals as required by the rules and/or local procedure so that Penn Virginia may tender the appropriate fee to the appellate clerk and proceed with its appeal.

Respectfully submitted,

*/s/ Kelly C. Hartmann*
Thomas J. Smith
  State Bar No. 00788934
  tsmith@gallowayjohnson.com
Kelly C. Hartmann
  State Bar No. 24055631
  khartmann@gallowayjohnson.com
Alexis B. Hester
  State Bar No. 24072807
  ahester@gallowayjohnson.com
GALLOWAY, JOHNSON, TOMPKINS
  BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700
(713) 599-0777 – facsimile

**ATTORNEYS FOR DEFENDANTS, PENN VIRGINIA OIL & GAS GP, LLC AND PENN VIRGINIA OIL & GAS, L.P**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically, by and through the Court approved electronic filing manager, to participating parties on this 13th day of October 2015, as follows:

John David Hart
**LAW OFFICES OF JOHN DAVID HART**
Wells Fargo Tower
201 Main Street, Suite 1720
Fort Worth, Texas 76102
Phone  817-870-2102
Fax     817-332-5858
*Counsel for Plaintiffs*

Benjamin A. Escobar, Jr.
Brit T. Brown
**BEIRNE, MAYNARD & PARSON, L.L.P.**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Phone  713-623-0887
Fax     713-960-1527
*Counsel for Defendant, Cudd Pressure Control, Inc.*

J. Javier Gutierrez
Ana Laura Gutierrez
**THE GUTIERREZ LAW FIRM, INC.**
700 East Third Street
Alice, Texas  78332
Phone  361-664-7377
Fax     361-664-7245
*Counsel for Intervenor,*
*John Paul Adame*

J. J. Knauff
The Miller Law Firm
Turtle Creek Centre
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas  75219
Phone  469-916-2552
Fax     469-916-2555
*Counsel for Defendant,*
*Penn Virginia MC Energy, LLC*


*/s/ Kelly C. Hartmann*
Kelly C. Hartmann

CAUSE NO. 2014-42519

| | | |
|---|---|---|
| ALFREDO DE LA GARZA, INDIVIDUALLY and AS NEXT FRIEND FOR IASHIA DE LA GARZA and KATARINA DE LA GARZA, minors | § § § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| PENN VIRGINIA OIL & GAS, L.P., PENN VIRGINIA OIL & GAS GP LLC, MIKE FERGUSON, TRIFECTA OILFIELD SERVICES, LLC, CUDD PRESSURE CONTROL, INC., ROYWELL SERVICES, INC., and OAKS PERSONNEL SERVICES, INC. d/b/a THE OAKS GROUP | § § § § § § § § § § | 215th JUDICIAL DISTRICT |

**ORDER DENYING DEFENDANTS, PENN VIRGINIA OIL & GAS, L.P. AND PENN VIRGINIA OIL & GAS GP LLC'S MOTION TO COMPEL ARBITRATION AND TO ABATE**

On __11TH__ day of __September__ , 2015, came to be considered Defendants, Penn Virginia Oil & Gas, L.P. and Penn Virginia Oil & Gas GP LLC's Motion to Compel Arbitration and to Abate. After considering the motion and hearing the arguments of counsel, this Court is of the opinion that the Motion should be DENIED, ~~and that Plaintiffs' claims against Defendant Mike Ferguson and Defendant Oaks Personnel Services, Inc. d/b/a The Oaks Group be severed from and proceed to trial on October 19, 2015~~.

**FILED**
Chris Daniel
District Clerk

SEP 11 2015

Time:_____
Harris County, Texas

By_____
Deputy

SIGNED this __11TH__ day of __September__ , 2015

_____
Elaine H. Palmer
JUDGE, 215TH DISTRICT COURT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Order Denying Defendants, Penn Virginia Oil & Gas, L.P. and Penn Virginia Oil & Gas GP LLC's          Page 1 of 1
Motion to Compel Arbitration and to Abate

10/5/2015 12:22:25 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7226643
By: SPENCER, JEANETTA
Filed: 10/5/2015 12:22:25 PM

CAUSE NO. 2014-42519

| | | |
|---|---|---|
| ALFREDO DE LA GARZA,<br>INDIVIDUALLY and AS NEXT FRIEND<br>FOR IASHIA DE LA GARZA and<br>KATARINA DE LA GARZA, minors | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | HARRIS COUNTY, TEXAS |
| PENN VIRGINIA OIL & GAS, L.P.,<br>PENN VIRGINIA OIL & GAS GP LLC,<br>and MIKE FERGUSON | §<br>§<br>§<br>§ | 215th JUDICIAL DISTRICT |

### ORDER DENYING DEFENDANTS, PENN VIRGINIA OIL & GAS, L.P. AND PENN VIRGINIA OIL & GAS GP LLC'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO COMPEL ARBITRATION

On this the ___ day of October, 2015, came to be heard and considered Defendants, Penn Virginia Oil & Gas, L.P. and Penn Virginia Oil & Gas GP LLC's Motion for Reconsideration of Order Denying Motion to Compel Arbitration in the above-styled and numbered cause, and the Court having considered said motion and response is of the opinion that the motion should be in all things DENIED.

It is therefore ORDERED, ADJUDGED and DECREED that Defendants, Penn Virginia Oil & Gas, L.P. and Penn Virginia Oil & Gas GP LLC's Motion for Reconsideration of Order Denying Motion to Compel Arbitration is DENIED.

It is further ordered that the statements in the Affidavit of Ernest W. Nelson regarding intent be stricken in their entirety.

SIGNED AND ORDERED this the ___ day of October, 2015.

Signed:
10/12/2015

_____
JUDGE PRESIDING

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    OCT 14, 2015(C1)
INT6510                  CIVIL CASE INTAKE               OPT: _____  -  INT
                      GENERAL PARTY INQUIRY              PAGE:   1  -    4

CASE NUM: 201442519__ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)        CASE STATUS: READY DOCKET
STYLE: DE LA GARZA, ALFREDO (INDIVIDUALL VS TRIFECTA OILFIELD SERVICES LLC
==============================================================================
                      **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                           STAT
_     00043-0001 3PD 24032517 PENN VIRGINIA MC ENERGY LLC       KNAUFF, JERRY
_     00036-0002 3PP 03094550 CUDD PRESSURE CONTROL INC         BROWN, BRIT T
_     00032-0003 XDF          PENN VIRGINIA OIL & GAS  L P
_     00023-0002 XPL 03094550 CUDD PRESSURE CONTROL INC         BROWN, BRIT T
_     00004-0003 XDF          PENN VIRGINIA OIL & GAS GP LLC
_     00041-0001 IVP 24045997 ADAME, JOHN PAUL (IND & ANF CE    GUTIERREZ, JO
_     00038-0001 IVP 24045997 ADAME, JOHN PAUL                  GUTIERREZ, JO
_     00016-0002 IVD 24072807 VIRGINIA OIL & GAS GP LLC         HESTER, ALEXI

==> (26) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    OCT 14, 2015(C1)
INT6510                  CIVIL CASE INTAKE                OPT: _____ -  INT
                       GENERAL PARTY INQUIRY             PAGE:    2 -    4

CASE NUM: 201442519__ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)        CASE STATUS: READY DOCKET
STYLE: DE LA GARZA, ALFREDO (INDIVIDUALL VS TRIFECTA OILFIELD SERVICES LLC
=============================================================================
                    **** ACTIVE PARTIES ****
  PJN   PER/CONN COC BAR      PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                      STAT
_     00006-0003 IVD 00788934 FERGUSON, MIKE               SMITH, THOMAS
_     00040-0001 AGT          OAKS PERSONNEL SERVICES INC (D
_     00039-0001 AGT          FERGUSON, MIKE BY SERVING THE
_     00027-0001 AGT          OAKS PERSONNEL SERVICES INC (D
_     00026-0001 AGT          OAKS PERSONNEL SERVICES INC (D
_     00016-0001 DEF 24072807 VIRGINIA OIL & GAS GP LLC     HESTER, ALEXI
_     00015-0001 AGT          ROYWELL SERVICES INC (A DOMEST
_     00014-0001 AGT          CUDD PRESSURE CONTROL INC (A F

==> (26) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 201442519__ PJN> __  TRANS NUM: _____  CURRENT COURT: 215 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)       CASE STATUS: READY DOCKET
STYLE: DE LA GARZA, ALFREDO (INDIVIDUALL VS TRIFECTA OILFIELD SERVICES LLC
==============================================================================
                      **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                           STAT
 _     00013-0001 AGT         TRIFECTA OILFIELD SERVICES LLC
 _     00012-0001 AGT         FERGUSON, MIKE BY SERVING THE
 _     00011-0001 AGT         PENN VIRGINIA OIL & GAS GP LLC
 _     00010-0001 AGT         PENN VIRGINIA OIL & GAS L P (A
 _     00006-0001 DEF 00788934 FERGUSON, MIKE                   SMITH, THOMAS
 _     00005-0001 PLT 09147700 DE LA GARZA, KATRINA (MINOR)     HART, JOHN DA
 _     00004-0001 DEF 24072807 PENN VIRGINIA OIL & GAS GP LLC   HESTER, ALEXI
 _     00003-0001 PLT 09147700 DE LA GARZA, IASHIA (MINOR)      HART, JOHN DA

==> (26) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP

```
JU2FN (NSD#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     OCT 14, 2015(C1)
INT6510                 CIVIL CASE INTAKE                  OPT: _____  -  INT
                      GENERAL PARTY INQUIRY               PAGE:   4 -    4

CASE NUM: 201442519__ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)        CASE STATUS: READY DOCKET
STYLE: DE LA GARZA, ALFREDO (INDIVIDUALL VS TRIFECTA OILFIELD SERVICES LLC
==============================================================================
                       **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
 _    00002-0001 DEF 24072807 PENN VIRGINIA OIL & GAS  (LP)    HESTER, ALEXI
 _    00001-0001 PLT 09147700 DE LA GARZA, ALFREDO (INDIVIDU   HART, JOHN DA




==> (26) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```